## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Inventergy LBS, LLC,** | Case No. 2:19-cv-239 |
| Plaintiff, | |
| | Patent Case |
| v. | |
| | Jury Trial Demanded |
| **Micron Technology, Inc.,** | |
| Defendant. | |

### PLAINTIFF INVENTERGY'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Inventergy LBS,

LLC hereby dismisses this action **without prejudice**. Defendant has not yet answered the

Complaint or moved for summary judgment.

Dated: August 24, 2019      Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Inventergy LBS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 24, 2019, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE